Jason Theodore Soller (SBN 306137)
**OPEN ACCESS LAW, APC**
5815 W. Sunset Blvd., Ste. 206
Los Angeles, CA 90028
cm@oaxlaw.com
Phone: (213) 401-4114

*Attorneys for Plaintiff, DAWN STEVENS*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAWN STEVENS**,<br><br>Plaintiff,<br><br>vs.<br><br>**UP2 HOLDINGS, LLC; BHUPINDER S MAC, AS TRUSTEE OF THE BHUPINDER MAC TRUST**; and DOES 1 to 10,<br><br>Defendants. | **Case No.: 2:26-cv-08545-PVC**<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE** |

Notice is hereby given that Plaintiff DAWN STEVENS ("Plaintiff") and Defendants have settled the above-captioned matter as to the entire case. Parties request that the Court grant thirty (30) days from the date of this filing for Plaintiff to file dispositional documents in order to afford Parties time to complete settlement.

DATED: September 9, 2026

**OPEN ACCESS LAW, APC**

*/s/ Jason Theodore Soller*
Jason Theodore Soller, Esq.
Attorney for Plaintiff